UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
MUJAE GROUP, INC., d/b/a VOXTONEPRO,   :     **SCHEDULING ORDER**
:
Plaintiff,   :     20 Civ. 6719 (AKH)
-against-   :
:
SPOTIFY USA, INC. and SPOTIFY AB,   :
:
Defendants.   :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The parties, by joint letter, request a conference to resolve various discovery disputes. *See* ECF Nos. 84–87. The parties are hereby ordered to appear for a telephonic conference on February 1, 2022, at 10:30 a.m., which will be held via the following call-in number:

  **Call-in number: 888-363-4749**
  **Access code: 7518680**

  To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

  Finally, no later than January 31, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

  SO ORDERED.

Dated: January 27, 2022       /s/ Alvin K. Hellerstein
    New York, New York      ALVIN K. HELLERSTEIN
                United States District Judge