**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUJAE GROUP, INC., d/b/a VOXTONEPRO, <br><br> Plaintiff, <br><br> v. <br><br> SPOTIFY USA INC. AND SPOTIFY AB, <br><br> Defendants. | Civil Action No. 1: 20-cv-06719-AKH <br><br> **NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate that this Action be dismissed with prejudice with each Party bearing its own attorneys' fees and costs.

DATED: November 9, 2022

By: /s/
FISH & RICHARDSON P.C.
Michael T. Zoppo (MZ-8469)
Excylyn J. Hardin-Smith (EHS7780)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: 212-765-5070
zoppo@fr.com
hardin-smith@fr.com

Juanita R. Brooks *(pro hac vice)*
Cheryl Wang *(pro hac vice)*
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
brooks@fr.com
cwang@fr.com

Lawrence K. Kolodney *(pro hac vice)*
Kayleigh E. McGlynn *(pro hac vice)*
Fish & Richardson P.C.
1 Marina Park Drive

By: /s/ Sharon Schneier
DAVIS WRIGHT TREMAINE LLP
Sharon L. Schneier
Roy P. Salins
Christopher L. Donati
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212)489-8340
roysalins@dwt.com
sharonschneier@dwt.com
chrisdonati@dwt.com

**KLARIS LAW**
Lacy H. Koonce, III
1115 Broadway, 11th Floor
New York, NY 10010
Phone: (917) 612-5861
lance.koonce@klarislaw.com

*Attorneys for Defendants Spotify USA, Inc. and Spotify AB*

1 Marina Park Drive
Boston, MA 02210
Telephone: 617-542-5070
kolodney@fr.com
mcglynn@fr.com

Esha Bandyopadhyay *(pro hac vice)*
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: 650-839-5070
bandyopadhyay@fr.com

*Attorneys for Plaintiff*
*Mujae Group, Inc, d/b/a VoxTonePRO*


**SO ORDERED:**


_____
      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of November 2022, a true and correct copy of the foregoing document entitled **NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael T. Zoppo*